JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
MORRIS, SULLIVAN, LEMKUL & PITEGOFF
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada  89169
Telephone No.  (702) 405-8100
Fax No.  (702) 405-8101
pitegoff@morrissullivanlaw.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| SHAHEEN W. AHMAD, an individual<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a political subdivision of Clark County, State of Nevada; Board of Trustee of Clark County<br><br>Defendants. | CASE NO:  2:15-cv-01001-GMN-NJK<br><br>**DEFENDANTS UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA'S MOTION FOR RELIEF FROM EARLY NEUTRAL EVALUATION CONFERENCE ATTENDANCE REQUIREMENTS** |

Defendants UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA (hereinafter "UMC"), hereby moves this Court for an Order Relieving UMC from the Early Neutral Evaluation (hereinafter "ENE") Conference attendance requirements.  The ENE Conference is scheduled for October 6, 2015.  This motion is brought pursuant to Magistrate Judge Peggy A. Leen's Order, Docket No. 11 and Local Rule 16-6.

/ / /

/ / /

/ / /

/ / /

This Motion is based on the following memorandum of points and authorities, the papers and pleadings already on file with the Court, and any evidence presented at hearing, should one be allowed.

DATED this __6th__ day of August, 2015.

>MORRIS, SULLIVAN, LEMKUL & PITEGOFF
>
>*/s/Jeffrey Pitegoff*
>JEFFREY I. PITEGOFF, ESQ.
>Nevada Bar No. 005458
>3770 Howard Hughes Parkway, Suite 170
>Las Vegas, NV  89169
>*Attorney for Defendants*

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant, UMC, hereby requests an exception to the ENE Conference attendance requirements.  As the Court is aware, UMC is part of Clark County and a public entity.  As such, all authority for settlements and ultimate resolution of matters must be approved by the County Commissioners.  UMC intends to have Doug Spring appear as its representative.  Mr. Spring is the Director of Human Resource Operations for UMC.  He has appeared for ENE Conferences on behalf of UMC in the past, and will present any potential resolution for the County Commissioner's consideration.  Consequently, Defendant respectfully requests relief from the attendance requirements.

## CONCLUSION

Based on the foregoing reasons, Defendants', respectfully request an Order relieving

/ / /

/ / /

/ / /

/ / /

UMC from the ENE Conference attendance requirements, and to allow Doug Spring, to appear at the ENE Conference set for October 6, 2015 on behalf of Defendant, UMC.

DATED this __6th__ day of August, 2015.

MORRIS, SULLIVAN, LEMKUL & PITEGOFF

/s/ *Jeffrey Pitegoff*

JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
3770 Howard Hughes Parkway, Suite 170
Las Vegas, NV  89169
*Attorney for Defendants*

IT IS SO ORDERED this 10th day of August, 2015.

_____
Peggy A. Leen
United States Magistrate