UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAHEEN W. AHMAD, | Case No. 2:15-cv-01001-GMN-NJK |
| Plaintiff, | |
| vs. | ORDER |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, | |
| Defendant. | |

Pursuant to the Court's August 23, 2016 order, a Stipulation of Dismissal and Proposed Order was due no later than October 12, 2016. *See* Docket No. 33. To date, the parties have not complied with that order. *See* Docket. The Court **ORDERS** the parties to file a Stipulation of Dismissal and Proposed Order no later than November 8, 2016.

IT IS SO ORDERED.

DATED: November 4, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge