# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAHEEN W. AHMAD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>　　　　　Defendant. | Case No. 2:15-cv-01001-GMN-NJK<br><br>ORDER |

　　　A Stipulation of Dismissal and Proposed Order was originally due in this case no later than October 12, 2016. Docket No. 33. On November 4, 2016, when the parties had failed to comply with the original deadline, the Court ordered the parties to submit a Stipulation of Dismissal and Proposed Order no later than November 8, 2016. Docket No. 34. On November 10, 2016, the Court granted the parties' request to extend the deadline to November 22, 2016. To date, the parties have still failed to submit a Stipulation of Dismissal and Proposed Order. *See* Docket.

　　　Accordingly, the Court hereby orders the parties to submit a Stipulation of Dismissal and Proposed Order, no later than December 9, 2016. Failure to do so may result in sanctions.

　　　IT IS SO ORDERED.

　　　DATED: December 2, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge